THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 11-51811 |
| | ) | |
| William and Sharon Mason | ) | Chapter 13 |
| | ) | |
| | ) | Judge Marilyn Shea-Stonum |
| | ) | |
| | ) | **MOTION FOR TEMPORARY** |
| | ) | **SUSPENSION OF CHAPTER 13** |
| | ) | **PLAN PAYMENTS** |

-----------------------------------------------------------------------------------------------------------

Now come the above-captioned debtors who pray for the entry of an Order allowing pay suspension of Chapter 13 plan payments for a period of 90 days.

The reason for the pay suspension is: William Mason suffered a medical emergency that resulted in surgery and is unable to work. Debtors hope that, following rehabilitation, he will regain employment.

The debtor, therefore, prays for the entry of an Order allowing a 90 day suspension of Chapter 13 plan payments after which time the debtor will resume making his/her regular payments to the Chapter 13 Trustee.

                Respectfully submitted,

                /s/Warner Mendenhall
                Warner Mendenhall (0070165)
                190 North Union St., Suite 201
                Akron, OH 44304
                330.535.9160
                fax330.762.9743
                warnermendenhall@hotmail.com
                *Attorney for Debtors*

# CERTIFICATE OF MAILING

This is to certify that on 2-10-2012, a copy of the foregoing Motion for Temporary Suspension in Payments has been mailed to the following:

Keith Rucinski, Trustee, Via Electronic Service

U.S. Trustee, Via Electronic Service

**Debtor**

William and Sharon Mason
995 Boone St
Akron, OH 44306

**Creditors**

Recovery Management Systems Corporation |25 S.E. 2nd Avenue, Suite 1120|Miami, FL 33131

Akron General Medical Center |PO Box 931729|Cleveland OH 44193-1126

Applied Bank |PO Box 10210|Wilmington DE 19850

BACK BOWL I LLC |C O WEINSTEIN AND RILEY, PS|2001 WESTERN AVENUE, STE 400|PO Box 3978|SEATTLE, WA 98121

Bank of America |200 Tournament Dr.|Horsham PA 19044-3606

Barclays Bank Delaware |PO Box 8803|Wilmington DE 19899-8803

Beneficial |PO Box 5233|Carol Stream IL 60197-5233

Beneficial/HFC |961 N Weigel Ave.|Elmhurst IL 60126-1058

CANDICA L.L.C. |C O WEINSTEIN AND RILEY, PS|2001 WESTERN AVENUE, STE 400|PO Box 3978|SEATTLE, WA 98121

CBCS |PO Box 164059|Columbus OH 43216-4059

CIGPF I Corp |C/O NCO Financial Systems, Inc.|PO Box 4941|Trenton, NJ 08650

CIGPF I Corp |NCO Financial Systems, Inc.|PO Box 17116|Wilmington, DE 19850

Capital One Bank (USA), N.A. |by American InfoSource LP as agent|PO Box 71083|Charlotte, NC 28272-1083

Capitol One Bank (USA) |PO Box 30281|Salt Lake City UT 84130-0281

Capitol One Bank (USA) |PO Box 71083|Carol Stream IL 60197-6492

Cavalry Portfolio Services LLC |PO Box 27288|Tempe AZ 85285-7288

Cavalry Portfolio Services, LLC |500 Summit Lake Drive Suite 400|Valhalla, NY 10595-1340

Chase Card Services |PO Box 15298|Wilmington DE 19850

Credit One Bank |PO Box 60500|City of Industry CA 91716-0500

Credit One Bank |PO Box 98873|Las Vegas NV 89193-8873

Direct Merchants Bank |PO Box 29468|Phoenix AZ 85038-9468

Equable Ascent Financial, LLC |c/o Recovery Management Systems Corp.|25 SE 2nd Avenue, Suite 1120|Miami, FL 33131-1605

Fidelity Properties Inc. |220 E. Main St.|Alliance OH 44601

HSBC / Nautilus |PO Box 15524|Wilmington DE 19850

HSBC Bank |PO Box 5253|Carol Stream IL 60197

HSBC CLMS |HSBC Mortgage Services, Inc.|PO Box 21188|Eagan, MN 55121

HSBC Consumer Lending Mortgage Services |c/o Andrew A. Paisley|4500 Courthouse Blvd.|Suite 400|Stow, OH 44224

Mortgage Services, Inc. servicer for |Beneficial Ohio Inc.|636 Grand Regency Blvd.|Brandon, FL 33510

Household Credit Services |PO Box 98706|Las Vegas NV 89193-8706

Jared Jewelers |375 Ghent Rd.|Akron OH 44333

Javitch, Block, and Rathbone |1100 Superior Ave.|18th Floor|Cleveland OH 44114-1503

LVNV Funding LLC |PO Box 10584|Greenville SC 29603-0584

LVNV Funding LLC its successors and assigns as |assignee of FNBM LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587

MRS Associates |1930 Onley Ave.|Cherry Hill NJ 08003

Midland Credit Management, Inc. |8875 Aero Drive, Suite 200|San Diego, CA 92123

Midland Credit Managment |8875 Aero Dr. #200|San Diego CA 92123

Midland Credit Managment |PO Box 60578|Los Angeles CA 90060-0578

NCO Financial Systems Inc. |PO Box 15740|Wilmington DE 19850-5740

Nelson, Watson & Associates LLC |PO Box 1299|Haverhill MA 01831-1799

Nelson, Watson, and Associates |80 Merrimack Street, Lower Level|Haverhill MA 01830

Northstar Location Services LLC |4285 Genesee St.|Buffalo NY 14225-1943

Partners Physician Group |PO Box 715350|Columbus OH 43271-5350

Quantum3 Group LLC |PO Box 788|Kirkland, WA 98083-0788

Recovery Management Systems Corporation |25 S.E. 2nd Avenue, Suite 1120|Miami, FL 33131-1605

Robert Laybourne Esq |159 South Main Street|Suite 900|Akron OH 44308

SST/CIGPF-1CORP |4315 Pickett Rd.|Saint Joseph MO 64503-1600

SST/Columbus Bank & Trust |PO Box 84024|Columbus GA 31908-4024

Santander Consumer USA |PO Box 105255|Atlanta GA 30348-5255

Santander Consumer USA Inc. |Assignee of HSBC|PO Box 560284|Dallas TX 75247

Santander Consumer USA Inc. assignee of HSBC |5201 Rufe Snow Drive, Ste. 400|North Richland Hills, TX 76180

Team |PO Box 1643|Stow OH 44224-0643

Verizon Wireless |1515 E. Woodfield Rd., Ste. 1400|Schaumburg IL 60173-5443

Verizon Wireless |PO BOX 3397|Bloomington, IL 61702


/s/Warner Mendenhall
Warner Mendenhall 0070165